WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Saguaro Medical Associates, P.C., an Arizona professional corporation; and Rakesh Malhotra, M.D., <br><br> Plaintiffs, <br><br> vs. <br><br> Banner Health, an Arizona corporation, d/b/a Banner Thunderbird Medical Center, <br><br> Defendant. | No. CV-08-1386 PHX-DGC <br><br> **ORDER** |

On July 24, 2009, the deadline for filing dispositive motions (Dkt. #24), Defendant filed a motion for summary judgment and a motion to exceed page limits. Dkt. ##108, 110. Because the summary judgment motion was filed prior to the granting of the motion to exceed page limits, the Clerk re-entered the summary judgment motion as a lodged document. Dkt. ##111-12. The summary judgment motion was re-filed by the Clerk when the Court granted the motion to exceed page limits on August 5, 2009. Dkt. ##113-14.

Plaintiffs have filed a motion to strike Defendant's summary judgment motion on the ground that it was untimely filed. Dkt. #116. The motion has been fully briefed. Dkt. ##117-18. The Court will deny the motion.

Motions to strike are governed by Rule 7.2(m) of the Court's Local Rules of Civil Procedure. Plaintiffs' motion fails to address this rule and will therefore be denied. Even if the Court were to consider the motion on its merits, the Court would deny the motion. The

1 | Court construes Defendant's motion to exceed page limits as also requesting an extension of time to file its summary judgment motion, and the Court will grant that request. Plaintiffs shall file a response to the summary judgment motion by September 11, 2009.

**IT IS ORDERED:**

1. Plaintiffs' motion to strike (Dkt. #116) is **denied**.
2. Plaintiffs shall file a response to Defendant's summary judgment motion (Dkt. #114) by **September 11, 2009**.

DATED this 31st day of August, 2009.

_____
David G. Campbell
United States District Judge